IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TERRANCE REASER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0475-CG-B |
| | ) |
| **MR. LONG, <u>et</u> <u>al.</u>,** | ) |
| | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to 41(b) of the Federal Rules of Civil Procedure for failure to obey the Court's orders, as no other lesser sanction will suffice.

**DONE and ORDERED** this 6th day of February, 2015.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE